Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−15571−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Glamanine Dominique Cilaire
   114 Elm Street
   Elizabeth, NJ 07208

Social Security No.:
   xxx−xx−0691

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            9/6/23
Time:            08:30 AM
Location:        Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: August 8, 2023
JAN: wdh

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                         Case No. 23-15571-RG
Glamanine Dominique Cilaire                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                                                 Page 1 of 3
Date Rcvd: Aug 08, 2023                    Form ID: 132                                                         Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glamanine Dominique Cilaire, 114 Elm Street, Elizabeth, NJ 07208-1809 |
| 519957753 | + | NATIONS DIRECT MORTGAG. LLC, ATTN: BANKRUPTCY, 5 HUTTON CENTRE DRIVE, SUITE 200, SANTA ANA, CA 92707-6773 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 09 2023 01:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 09 2023 01:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519957738 | + | Email/PDF: bncnotices@becket-lee.com | Aug 08 2023 22:16:35 | AMERICAN FIRST FINANCE, ATTN: BANKRUPTCY, PO BOX 565848, DALLAS, TX 75356-5848 |
| 519957739 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2023 22:17:13 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519957741 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2023 21:52:02 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 519957742 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 09 2023 01:21:00 | COMENITY BANK/ASHLEY STEWART, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519970375 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 08 2023 22:16:58 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519975143 | | Email/Text: bnc-quantum@quantum3group.com | Aug 09 2023 01:21:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519957743 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 08 2023 21:51:26 | DSNB BLOOMINGDALES, ATTN: RECOVERY 'BK', PO BOX 9111, MASON, OH 45040 |
| 519957750 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 08 2023 22:18:51 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519957744 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 08 2023 21:51:23 | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 519957746 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 09 2023 01:21:00 | GREAT LAKES, ATTN: BANKRUPTCY, PO BOX 7860, MADISON, WI 53707-7860 |
| 519957748 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 09 2023 01:20:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 519957751 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 09 2023 01:21:00 | MIDLAND FUNDING/MIDLAND CREDIT |

District/off: 0312-2 User: admin Page 2 of 3
Date Rcvd: Aug 08, 2023 Form ID: 132 Total Noticed: 23

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | MGMT, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 519957754 | + | Email/Text: bnc@nordstrom.com | Aug 09 2023 01:21:21 | NORDSTROM FSB, ATTN: BANKRUPTCY, PO BOX 6555, ENGLEWOOD, CO 80155-6555 |
| 519957755 | + | Email/Text: bankruptcy@rubinrothman.com | Aug 09 2023 01:20:00 | Rubin & Rothman, LLC, PO Box 9003, Islandia, NY 11749-9003 |
| 519957756 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 09 2023 01:21:00 | Toyota Financial Services, PO Box 9490, Cedar Rapids, IA 52409 |
| 519967186 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 09 2023 01:21:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519957757 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 08 2023 22:16:24 | WELLS FARGO BANK NA, ATTN: WELLS FARGO BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |
| 519957758 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 08 2023 21:53:17 | WELLS FARGO BANK NA, 1 HOME CAMPUS MAC X2303-01A, 3RD FLOOR, DES MOINES, IA 50328-0001 |
| 519977921 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 08 2023 21:51:23 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4938 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519957740 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519957745 | *+ | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 519957747 | *+ | GREAT LAKES, ATTN: BANKRUPTCY, PO BOX 7860, MADISON, WI 53707-7860 |
| 519957749 | *+ | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 519957752 | *+ | MIDLAND FUNDING/MIDLAND CREDIT MGMT, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 10, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nations Direct Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Aug 08, 2023 | Form ID: 132 | Total Noticed: 23

Russell L. Low
        on behalf of Debtor Glamanine Dominique Cilaire ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4