Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  23−15571−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Glamanine Dominique Cilaire
    114 Elm Street
    Elizabeth, NJ 07208

Social Security No.:
    xxx−xx−0691

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

        NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/7/23.

        Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

        This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 8, 2023
JAN: slm

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 23-15571-RG

Glamanine Dominique Cilaire                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                      Page 1 of 3

Date Rcvd: Sep 08, 2023                  Form ID: 148                            Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Glamanine Dominique Cilaire, 114 Elm Street, Elizabeth, NJ 07208-1809 |
| 519957753 | + | NATIONS DIRECT MORTGAG. LLC, ATTN: BANKRUPTCY, 5 HUTTON CENTRE DRIVE, SUITE 200, SANTA ANA, CA 92707-6773 |
| 520017655 | + | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520016651 | + | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 08 2023 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 08 2023 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519957738 | + | Email/PDF: bncnotices@becket-lee.com | Sep 08 2023 20:39:35 | AMERICAN FIRST FINANCE, ATTN: BANKRUPTCY, PO BOX 565848, DALLAS, TX 75356-5848 |
| 519957739 | + | EDI: CAPITALONE.COM | Sep 09 2023 00:15:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519957741 | + | EDI: CAPITALONE.COM | Sep 09 2023 00:15:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 519957742 | + | EDI: WFNNB.COM | Sep 09 2023 00:15:00 | COMENITY BANK/ASHLEY STEWART, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519970375 | + | EDI: AIS.COM | Sep 09 2023 00:15:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519975143 | | EDI: Q3G.COM | Sep 09 2023 00:15:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 520003011 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 08 2023 20:28:00 | Nations Direct Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519957743 | + | EDI: CITICORP.COM | Sep 09 2023 00:15:00 | DSNB BLOOMINGDALES, ATTN: RECOVERY 'BK', PO BOX 9111, MASON, OH 45040 |
| 519957750 | + | EDI: CITICORP.COM | Sep 09 2023 00:15:00 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519957744 | + | EDI: AMINFOFP.COM | Sep 09 2023 00:15:00 | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 519993190 | | Email/PDF: bncnotices@becket-lee.com | Sep 08 2023 20:39:58 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 519957746 | + | Email/Text: electronicbkydocs@nelnet.net | | |

District/off: 0312-2           User: admin           Page 2 of 3

Date Rcvd: Sep 08, 2023           Form ID: 148           Total Noticed: 31

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Sep 08 2023 20:28:00 | GREAT LAKES, ATTN: BANKRUPTCY, PO BOX 7860, MADISON, WI 53707-7860 |
| 519957748 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 08 2023 20:27:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 519957751 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2023 20:28:00 | MIDLAND FUNDING/MIDLAND CREDIT MGMT, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 520006913 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2023 20:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519957754 | + Email/Text: bnc@nordstrom.com | Sep 08 2023 20:28:05 | NORDSTROM FSB, ATTN: BANKRUPTCY, PO BOX 6555, ENGLEWOOD, CO 80155-6555 |
| 520017655 | + EDI: JEFFERSONCAP.COM | Sep 09 2023 00:15:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520012218 | EDI: PRA.COM | Sep 09 2023 00:15:00 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE, N.A., POB 41067, Norfolk, VA 23541 |
| 520016651 | + EDI: JEFFERSONCAP.COM | Sep 09 2023 00:15:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519957755 | + Email/Text: bankruptcy@rubinrothman.com | Sep 08 2023 20:27:00 | Rubin & Rothman, LLC, PO Box 9003, Islandia, NY 11749-9003 |
| 519957756 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 08 2023 20:28:00 | Toyota Financial Services, PO Box 9490, Cedar Rapids, IA 52409 |
| 519995479 | Email/PDF: bncnotices@becket-lee.com | Sep 08 2023 20:50:34 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519967186 | + Email/Text: electronicbkydocs@nelnet.net | Sep 08 2023 20:28:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519957757 | + EDI: WFFC2 | Sep 09 2023 00:15:00 | WELLS FARGO BANK NA, ATTN: WELLS FARGO BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |
| 519957758 | + EDI: WFFC2 | Sep 09 2023 00:15:00 | WELLS FARGO BANK NA, 1 HOME CAMPUS MAC X2303-01A, 3RD FLOOR, DES MOINES, IA 50328-0001 |
| 519977921 | + EDI: WFFC2 | Sep 09 2023 00:15:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4938 |
| 519993739 | EDI: WFFC2 | Sep 09 2023 00:15:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519957740 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519957745 | *+ | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 519957747 | *+ | GREAT LAKES, ATTN: BANKRUPTCY, PO BOX 7860, MADISON, WI 53707-7860 |
| 519957749 | *+ | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 519957752 | *+ | MIDLAND FUNDING/MIDLAND CREDIT MGMT, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 08, 2023 | Form ID: 148 | Total Noticed: 31

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2023                 Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Nations Direct Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Glamanine Dominique Cilaire ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4